

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00548-CV

**SAN ANTONIO FEDERAL CREDIT UNION,**
Appellant

v.

Mario R**. CANTU,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21715
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellant's Unopposed Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 3, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court